## CITY OF WINSTON-SALEM v. YARBROUGH

No. 43P95

Case below: 117 N.C.App. 340

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 April 1995.

## COLE v. ETHERIDGE

No. 39P95

Case below: 117 N.C.App. 462

Motion by defendants to dismiss the appeal for lack of substantial constitutional question allowed 6 April 1995. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 6 April 1995.

## COLLINS COIN MUSIC CO. v. N.C. ALCOHOLIC BEVERAGE CONTROL COMM.

No. 44P95

Case below: 116 N.C.App. 137

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 6 April 1995.

## DALE v. TOWN OF LONG VIEW

No. 36P95

Case below: 117 N.C.App. 462

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 April 1995.

## DAVIS v. FORSYTH COUNTY

No. 108P95

Case below: 117 N.C.App. 725

Petition by Respondent (Forsyth County) for discretionary review pursuant to G.S. 7A-31 denied 6 April 1995.